

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-14-00603-CR

Chad William **BALLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-03-10907-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

This appeal was originally scheduled for formal submission and oral argument on September 9, 2015. On September 8, 2015, appellant filed a motion to reschedule oral argument. The motion is GRANTED. The above cause has been rescheduled for formal submission and oral argument before this Court on Wednesday, October 21, 2015, at 10:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

The Court provides a guest WiFi network for parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

Chad William **BALLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-03-10907-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

This appeal was originally scheduled for formal submission and oral argument on September 9, 2015. On September 8, 2015, appellant filed a motion to reschedule oral argument. The motion is GRANTED. The above cause has been rescheduled for formal submission and oral argument before this Court on Wednesday, October 21, 2015, at 10:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

The Court provides a guest WiFi network for parties arguing before the Court. The password to access the network is available at the Clerk's Office on the day of argument.

**PER CURIAM**

ATTESTED TO: /s/Keith E. Hottle
                Keith E. Hottle
                Clerk of Court

ENTERED THIS 10TH DAY OF SEPTEMBER, 2015.